IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOSE M. HERNANDEZ,
        Petitioner,
   v.                                 **Judgment in a Civil Case**
ROBERT C. LEWIS,
        Respondent.                  Case Number: 5:11-HC-2037-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 16, 2012, with service on:
Jose M. Hernandez, 0515097, Sampson Correctional Center, P.O. Box 1109, Clinton, NC 28328 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 16, 2012                                           /s/ Julie A. Richards
                                                                Clerk

Raleigh, North Carolina